ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 DEC -1 P 1:28

CLERK [signature]
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| PATRICIA C. WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 314-136 |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Plaintiff filed the above-captioned social security case pursuant to 42 U.S.C. § 405(g) in the Dublin Division of the United States District Court for the Southern District of Georgia. (Doc. no. 1.) Because Plaintiff's residence was unclear from her filings, the Magistrate Judge ordered Plaintiff to clarify her residence so that the Court could assess whether it has jurisdiction under § 405(g). (Doc. nos. 1, 2, 5.) In response to that order, Plaintiff moves to transfer venue to the Macon Division of the United States District Court for the Middle District of Georgia, the proper venue under § 405(g). (Doc. no. 6.)

In the interest of justice, instead of dismissing this action, the Court may transfer the case to the court in which venue would be proper. 28 U.S.C. § 1406(a). Because the case should have been filed in the Middle District of Georgia and social security appeals must be brought within sixty days, it is more appropriate to transfer this case rather than dismiss it for improper venue.

Therefore, the Court hereby **GRANTS** Plaintiff's motion, (doc. no. 6), and **ORDERS** that the above-captioned case be **TRANSFERRED** to the United States District Court for the Middle District of Georgia, Macon Division, for further consideration. The Court also **DIRECTS** the Clerk to forward the file to that district.

SO ORDERED this 1st day of Dec, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

2